FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### COMPLAINT

Johnson/Patterson
(Last Name)       (Identification Number)

Rodrick
(First Name)       (Middle Name)

Hinds County Detention Center
(Institution)

450 County Farm Rd. Raymond, Ms 39154
(Address)

4234 Summertown Dr.
Byram, Ms. 39272
601-927-9943

*Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL - 8 2013
J. T. NOBLIN, CLERK
BY _____ DEPUTY

V.

Judge Winston Kidds
Hinds County (board of supervisors)
Judge Easton Patton
Evelyn Hunter

CIVIL ACTION NUMBER: 3:13CV432 CWR-FKB
(to be completed by the Court)

*(Enter above the full name of the defendant or defendants in this action)*

### OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States?  Yes ( ✓ )  No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: Hinds County Sheriff's Dept. Stacy Wright (corporal), Kenyon Bell (Deputy)

2. Court (if federal court, name the district; if state court, name the county): U.S. District Court for the Southern District of Mississippi. Jackson Division

3. Docket Number: 3:07-CV-(Not Sure)

4. Name of judge to whom case was assigned: Magistrate Alfred Nichols (former)

5. Disposition (for example; was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): ruled in defendant(s) favor; reverse/overturn on appeal, "not frivolous"

1

# PARTIES

In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same or additional plaintiff, if any).

Name of plaintiff: Rodrick Johnson/Patterson   Prisoner Number: #38717

Address: 1450 County Farm Rd, Raymond, MS. 39154

In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: Judge Winston Kidds, Hinds County, Houston Patton, Evelyn Hunter is employed as Circuit Court Judge, Hinds County (board of supers), County Court Judge, County Court Administrator at Hinds County Court House in Jackson, Mississippi, Hinds County Mississippi.

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Rodrick Johnson/Patterson   ADDRESS: 1450 County Farm Rd. Raymond, MS. 39154

DEFENDANT(S):

NAME: Judge Winston Kidds   ADDRESS: 407 E. Pascagoula St. Jackson, MS. 39205
Hinds County (board of Supervisors)   "   "   "
Judge Houston Patton   "   "   "
Evelyn Hunter   "   "   " 1st floor

2

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

   Yes ( )   No (✓)

B. Are you presently incarcerated for a parole or probation violation?

   Yes ( )   No (✓)

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( )   No (✓)

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( )   No (✓)

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

   Yes ( )   No ( ), if so, state the results of the procedure: Wrote the Commission of Judicial Performance in Mississippi several times with no response, asking for complaint forms....

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

   1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?
      Yes ( )   No ( ) Same as above...

   2. State how your claims were presented (written request, verbal request, request for forms): As above, I wrote the Commission on Judicial Performance with no response asking for complaint forms and for a copy of "Code of Judicial Conduct"...

   3. State the date your claims were presented: Wrote Commission on Jan 16, Feb. 13, Mar 13, July 19, Asked for Address on Jan 13, 20

   4. State the result of the procedure: "Negative"

3

## STATEMENT OF CLAIM

II. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

On Jan.17, 2012, I went to my Arraignment but, the record is showing Jan.20, 2012. Judge Kidd asked me if I had a lawyer and I said yes. He (judge) said, "why are you filing these motions?" I told him I can never get my lawyer to respond to my letters and he did not object. Before I went in to stand before the judge, my lawyer asked what was my bond. I told her 25,000 and she said what could I or my family afford. I told her 5000 or 10000 and she said she will try to get it down to that amount. When the judge asked her about my bond status, she (lawyer) said she has to talk to the state because the state said nothing about a bond, false statement to a tribunal. On March, 21, 2012, I had a court date, actually for the 20th but, someone put MDOC by my name on the court docket with intent for me to miss my court date (20th), I speculate Hall (attorney) did it to keep from embarishment of all the precept(s) she was in violation of. On March 21, 2012, I brought all of her violation(s) including the false motion to withdraw from my case to judge Kidd's attention and then I asked the judge for a bond and he denied it. He asked me if Jan 17, my arraignment, was in open court, and I said, I think so, when he knows all courts shall "be open" as if he knew it was closed. Judge Kidd is aware of my State and Federal constitutional right to a fast and speedy trial is violated and the 270 day rule. " " " set a trial date for Nov.13 then when I told my lawyer (he did not know) the judge move it to Jun 28, 2012.

### RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes. 7/2012. When he knows I'm innocent and the time to trial has expired.

Discovery; Jan.17, 20, 2012 and March 20 and 21, 2012 Court transcript; Appoint Attorney; Jury trial; Served by U.S. Marshall; Public Defender file of my case; Audio and video transcript of Jan. 17, 20, 2012 and March 20 and 21, 2012 (both judge) $1.5M (negotiable); Media & Press... Criminal record cleared/deleted.... Ect. Possible criminal charges brought.... August 15, 2011 Preliminary transcript.... Mandatory checklist for Grand Jury (Hinds Co. Dist. Atty.)

Signed this 8 day of July, 2013

Rod R__ #38717
1450 County Farm Rd. Raymond, Ms. 39154 (5504)
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

7/8/13
(Date)

Rod R__
Signature of plaintiff

4