# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**RODRICK JOHNSON PATTERSON**                                                          **PLAINTIFF**

**V.**                                           **CAUSE NO. 3:13-CV-432-CWR-FKB**

**HINDS COUNTY, MISSISSIPPI**                                                       **DEFENDANT**

## FINAL JUDGMENT

Having entered an Order granting the remaining defendant's motion for summary judgment, *see* Docket No. 46, the Court finds that final judgment should be entered in favor of the defendant. Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of the defendant and that this case is closed.

**SO ORDERED**, this the 10th day of June, 2016.

                                                                           s/ Carlton W. Reeves
                                                                           UNITED STATES DISTRICT JUDGE